## Commonwealth, Appellant, *v.* Tedesco.
## Commonwealth, Appellant, *v.* Grazioso.
## Commonwealth, Appellant, *v.* Daye.

Argued September 11, 1972. *Dean L. Foote,* Assistant District Attorney, with him *George J. Joseph,* District Attorney, for Commonwealth, appellant; *Thomas E. Weaver, Jr., William C.*

*Wickkiser* and *Richard R. Stevens,* with them *Theodore J. Zeller, Jr.,* and *Butz, Hudders & Tallman,* for appellees.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissented.